IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BARBARA K. RIFKEN, | ) | BANKRUPTCY NO. 12 B 45634 |
| | ) | |
| Debtor | ) | |
| | ) | |
| JOSEPH R. VOILAND, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | ADVERSARY NO. |
| | ) | |
| VILLAGE OF PALATINE, | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT FOR TURNOVER

Now comes Plaintiff, Joseph R. Voiland, trustee, and for complaint against the Defendant, Village of Palatine, states as follows:

1. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C., §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. This complaint initiates a core proceeding pursuant to 28 U.S.C., §157(b)(2)(H).

3. Venue in this District is proper pursuant to 28 U.S.C., §1409(a) and that this proceeding is commenced in the same District as the related Chapter 7 bankruptcy case.

4. On November 19, 2012, the Debtor, Barbara K. Rifken filed a petition in bankruptcy under Chapter 13 of the Bankruptcy Code.

5. This case was converted to a case under Chapter 7 of the Bankruptcy Code on April 17, 2013.

6. That Joseph R. Voiland is the duly qualified and acting Trustee in the above pending bankruptcy proceeding.

7. That at the time Debtor filed her voluntary petition in bankruptcy and prior thereto, Debtor was employed by the Village of Palatine.

8. That at the time Debtor filed her petition in bankruptcy, Debtor had accumulated unpaid sick time and vacation time having a value of $16,856.00.

9. The value of said accrued vacation time and sick time constitutes property of this Bankruptcy estate under the provisions of §542 of the Bankruptcy Code.

10. The Trustee has made demand upon the Defendant to turnover the value of all sick time and vacation time accrued by the Debtor but Defendant has failed to do so.

11. In accordance with the provisions of §542 of the Bankruptcy Code, Joseph R. Voiland, Trustee seeks an Order directing Defendant to turnover the sum of $16,856.00.

WHEREFORE, Joseph R. Voiland, Trustee prays this Honorable Court as follows:

A. For the entry of an Order directing the Defendant to turnover to Joseph R. Voiland, Trustee herein, the sum of $16,856.00 representing the value of Debtor's accrued vacation time and sick time;

B. For such other and further relief as this Court deems just and proper.

BY: __/S/JOSEPH R. VOILAND_______
JOSEPH R. VOILAND, TRUSTEE

Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560
(630) 553-1951