UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| BARBARA RIFKEN | ) | |
| | ) | |
| | ) | BK NO.: 12-45634 |
| | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | Kane |
| | | United States Bankruptcy Court |

## NOTICE OF MOTION

**To: Parties of Record via CMECF:**

**PLEASE take notice of the attached:**

**MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGABILITY OF A DEBT UNDER 523**

And set this Motion for hearing on Thursday, August 8th, 2013 at 11:00 AM before the Honorable Judge Doyle, or such other Judge as may be sitting in her place, in Courtroom 240 at the Kane County Courthouse, 100 S. Third Street, Geneva, IL 60134, where you may appear if you see fit.

**s/John S. Biallas**

## CERTIFICATE OF SERVICE

I hereby certify that today, I served the foregoing Notice and attached Motion, by filing same with the CM/ECF system.

**DATE: July 19, 2013**

**/s/ John S. Biallas**

John Biallas
3N918 Sunrise Ln.
St. Charles, Illinois 60174
Ph.: 630-513-7878
Fx.: 630-578-0426
E-mail: jsb70@comcast.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| BARBARA RIFKEN | ) | |
| | ) | |
| | ) | BK NO.: 12-45634 |
| | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| Debtor(s) | ) | Kane |
| | ) | |

**MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGABILITY OF A DEBT UNDER 523**

**NOW COMES**, JOEL RIFKEN, (herein "Joel"), by and through his guardian/daughter Michelle Rifken and his attorneys SCOTT P. LARSON of VANEK, LARSON & KOLB, LLC, and JOHN BIALLAS and to ask this Court to enter an order extending the time to file an adversarial pleading in this case and in support thereof states as follows:

1. Joel Rifken is a disabled adult and the spouse of the Debtor Barbara Rifken.
2. Joel Rifken's daughter from a prior marriage, Michelle Rifken, has been appointed as his guardian in Kane County Probate Court, Case No. 11 P 588. Joel lives near Michelle in Philadelphia, PA.
3. Barbara Rifken has filed for divorce from Joel Rifken in Kane County Case No. 11 D 1574. Both cases have been consolidated and are pending before Judge Joseph Grady in Room 320 of the Kane County Courthouse in Geneva.
4. A claim for dissipation is pending in those cases based on the fact that Barbara Rifken has admitted under oath at a citation to discover assets proceeding to cashing in certain retirement funds of Joel Rifken.
5. Michelle Rifken intends to file an adversarial pleading in this bankruptcy based on fraud, conversion and/or other causes of action.
6. Counsel has not yet obtained the necessary information from the Retirement Fund that would enable them to file a good faith action under 11 USC §523 against the Debtor.

7. The information request referred to in paragraph 6 above should be fulfilled within the next 45 days.

8. The deadline for filing claims/adversarial pleadings is July 19, 2013.

9. Attorney Larson has enlisted the help of bankruptcy co-counsel John S. Biallas to assist in the proper e-filing of all pleadings and other related matters.

10. This motion is not brought for the purpose of hindrance, harassment or delay.

11. No prior requests for an extension have been made.

**WHEREFORE**, JOEL RIFKEN, by and through his guardian/daughter Michelle Rifken and his attorneys SCOTT P. LARSON of VANEK, LARSON & KOLB, LLC, and JOHN S. BIALLAS ask this Court to enter an order extending the time to file an adversary proceeding until September 19, 2013.

JOEL RIFKEN

**By: MICHELLE RIFKEN**
Guardian

S/**Scott Larson**, attorney at law
S/**John Biallas**, attorney at Law

**Att. Scott P. Larson**
**Vanek, Larson, & Kolb. LLC**
200 W. Main St.
St. Charles, IL 60174
Ph.:  630-513-9800
Fx.:  630-513-9802
E-mail: slarson@vlklawfirm.com
ARDC #6225417

**John Biallas**
3N918 Sunrise Ln.
St. Charles, Illinois 60174
Ph.: 630-513-7878
Fx.: 630-578-0426
E-mail: jsb70@comcast.net
ARDC #203890